# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2022 KW 1124

VERSUS

LEONARD BLACKBURN                           **SEPTEMBER 22, 2022**

---

In Re:    Leonard Blackburn, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, Nos. 21-CR3-1466989, 21-CR3-147085, 21-CR3-146990.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED AS MOOT.** The records of the Washington Parish Clerk of Court's Office reflect that the district court acted on relator's motion for production of documents on September 8, 2022.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
         DEPUTY CLERK OF COURT
             FOR THE COURT